BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

In re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation        MDL Docket No. 2342

## PROOF OF SERVICE

I hereby certify that, on May 8, 2013, I electronically filed the foregoing Notice of Change of Law Firm with the Clerk of the Panel using the CM/ECF system, which will send electronic notification to counsel of record.

Dated: New York, New York
       May 8, 2013

/s/ Mark S. Cheffo
Mark S. Cheffo
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
markcheffo@quinnemanuel.com

*Attorneys for Defendants Pfizer Inc., Pfizer International LLC, and Greenstone LLC*